SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

JOHNATHAN EDWARD SCHMIT,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

    Defendant.

No.  2:14-cv-02373-KJN

[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT

    Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED with all other deadlines extended accordingly.

    Plaintiff shall file his Motion for Summary Judgment on or before July 30, 2015.

    IT IS SO ORDERED.

Dated:  May 18, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1