```
1  BENJAMIN B. WAGNER
   United States Attorney
2  Eastern District of California
   DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  THEOPHOUS H. REAGANS
   Special Assistant United States Attorney
5
         160 Spear Street, Suite 800
6        San Francisco, California 94105
         Telephone:  (415) 977-8938
7        Facsimile:  (415) 744-0134

8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JONATHAN EDWARD SCHMIDT, | ) | |
|---|---|---|
| | ) | Case No. 2:14-CV-02373 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Stipulation for Extension |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | | |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time by 45 days, from August 30, 2015 to October 13, 2015, to file Defendant's Cross-Motion for Summary Judgment, with all internal deadlines in the Court's case management order extended accordingly.

There is good cause for this extension. Defendant's counsel has been on leave due to family matters (bereavement) and illness which created a backlog of cases.

1

This extension is requested in good faith and with no intent to unnecessarily delay the proceedings in this case.  Defendant's counsel apologizes for the delay and any inconvenience this request may have caused.

Defendant is lodging a proposed order approving this stipulation and granting this extension.

                                     Respectfully submitted,

Dated: August 27, 2015       LAW OFFICES OF SHELLIE LOTT

                        By:   */s/Shellie Lott*
                              *(as authorized by email on August 25, 2015)*
                              Attorney for Plaintiff

                              BENJAMIN B. WAGNER
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel, Region IX
                              Social Security Administration

Dated: August 27, 2015

                        By:   */s/ Theophous H. Reagans*
                              THEOPHOUS H. REAGANS
                              Assistant United States Attorney

                              Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  August 28, 2015

                                                       KENDALL J. NEWMAN
                                                       UNITED STATES MAGISTRATE JUDGE