BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN EDWARD SCHMIT,<br><br>Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:14-CV-02373 KJN<br><br>Stipulation and ~~Proposed~~ Order for Extension |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, to extend the time by 1 day, from October 13, 2015 to October 14, 2015, to file Defendant's Cross-Motion for Summary Judgment, with all internal deadlines in the Court's case management order extended accordingly.

Defendant's counsel inadvertently failed to file the Cross-Motion on the due date because counsel had several pleadings due during the month of October in close proximity and confused the deadlines (October 13th, October 14th, October 15th, October

17th, October 18th, October 19th, and October 21st).  Counsel prepared the brief several days prior to the due date, but then confused the deadline with another and noticed it the next day.  Counsel apologizes to counsel and to the Court for any inconvenience caused and asks the Court to accept the late filing of the brief on October 14, 2015.

Defendant's counsel has been on leave due to family matters (bereavement) and illness which created a backlog of cases.

This extension is requested in good faith and with no intent to unnecessarily delay the proceedings in this case.  Defendant's counsel apologizes for the delay and any inconvenience this request may have caused.

Defendant is lodging a proposed order approving this stipulation and granting this extension.

Respectfully submitted,

Dated: October 15, 2015  LAW OFFICES OF SHELLIE LOTT

By: */s/Shellie Lott*
*(as authorized by email on October 15, 2015)*
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

Dated: October 15, 2015

By: */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Assistant United States Attorney

Attorneys for Defendant

1   PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3   Dated:  October 16, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE